IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

WALTER NORWOOD                                                                     PLAINTIFF

V.                                                CIVIL ACTION NUMBER:  3:04-CV-810-DPJ-JCS

TUSCOLAMETA, INC.; CORNELL CORRECTIONS
OF TEXAS, INC., d/b/a WALNUT GROVE YOUTH
CORRECTIONAL FACILITY; MTI BILLY SPARKMAN
AND JOHN DOES 1-5                                         DEFENDANTS

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court on the request <u>ore</u> <u>tenus</u> of the plaintiff that the action be dismissed with prejudice and final judgment entered.  Being advised and finding that all claims against the Defendants have been resolved through compromise settlement, the Court finds this action should be dismissed.  It is therefore

ORDERED AND ADJUDGED that this case be, and is hereby, dismissed with prejudice.  Each party shall bear his/its own costs (including attorney's fees).

**SO ORDERED AND ADJUDGED** this the 29th day of December, 2006.

                                                           s/ *Daniel P. Jordan III*
                                                           UNITED STATES DISTRICT JUDGE

**AGREED**:

/s/John G. Holaday
John G. Holaday (MSB #9814)
Attorney for Plaintiff

/s/Lee Thaggard
Lee Thaggard (MSB #9442)
Attorney for Defendants

G:\Jordan\Drafts\CH304cv810 Norwood v. Tuscolameta, Inc., et al. (dismissal).wpd